## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNION PACIFIC RAILROAD COMPANY<br>Union Pacific Center<br>1400 Douglas Street, MC1580<br>Omaha, Nebraska 68179,<br><br>                    Plaintiff<br><br>v.<br><br>SPRINGFIELD TERMINAL<br>RAILWAY COMPANY<br>Iron Horse Park<br>North Billerica, Massachusetts 01862,<br><br>                    Defendant | CIVIL ACTION NO. _____<br><br><br><br><br><br><br>COMPLAINT<br><br>RECEIPT # _____<br>AMOUNT $ _____<br>SUMMONS ISSUED _____<br>LOCAL RULE 4.1 _____<br>WAIVER FORM _____<br>MCF ISSUED _____<br>BY DPTY CLK _____<br>DATE _____ |

### PARTIES

1. The Plaintiff, Union Pacific Railroad Company ("UP"), is a corporation organized under the law of the state of Delaware with its principal corporate headquarters in Omaha, Nebraska.

2. Upon information and belief, defendant Springfield Terminal Railway Company ("ST") is a Vermont corporation and maintains its principal place of business in North Billerica, Massachusetts.

### JURISDICTION AND VENUE

3. This Court has jurisdiction over the case pursuant to 28 U.S.C. §1332, as this case is between citizens of different states and the amount in controversy exceeds $75,000.00.

4. Venue lies in this district pursuant to 28 U.S.C. §1391 (a) as this is the judicial district where the defendant resides and a substantial part of the events giving rise to the claim occurred in this jurisdiction.

## BACKGROUND

5. Car hire is a fee, much like a rental fee, paid by one railroad to another for the use of a railcar.

6. Pursuant to agreement between railroads, including the parties to this case, railroads pay car hire every month for every foreign railcar on the paying railroad's line pursuant to the Car Hire Rules and the Car Service Rules developed and published by the Association of American Railroads ("AAR").

7. From July of 2003 through October of 2004, ST incurred car hire charges for use of UP's railcars.

8. Additionally during this time period, ST has incurred charges for loss in damage to freight as well as liability to repay overcharges which it levied against UP.

9. As set forth below ST agreed to resolve these and other charges in a specific Payment Agreement which authorized UP to institute litigation if ST failed to comply with the Payment Agreement.

10. There is no dispute that the charges which are the subject to this litigation are valid, due and owing to UP.

## COUNT I

### Breach of Contract

11. The allegations set forth in the preceding paragraphs are incorporated herein at length.

12. UP and ST entered into a Payment Agreement pursuant to which ST agreed to pay UP the outstanding balance due to UP for car hire, loss and damage claims, and overcharge claims.

13. At the time the Payment Agreement was entered into, the outstanding balance totaled $446,065.61.

14. The Payment Agreement sets forth a specific payment schedule requiring payments to be made to UP on specific dates, including interest.

15. The Payment Agreement was entered into on December 19, 2003.

16. After making only a portion of the required payments to UP, ST ceased making the agreed upon payments altogether.

17. Despite demand by UP by payment for all agreed payments as established in the Payment Agreement and for all additional outstanding balances, ST has refused to make any additional payments.

**WHEREFORE**, Union Pacific Railroad Company demands that judgment be entered in its favor in the amount of all outstanding balances due and owing under the Payment Agreement to Union Pacific Railroad Company from Springfield Terminal Railway Company, said balance currently being a total of $351,045.38.

## COUNT II

### Unjust Enrichment

18. The allegations set forth in the preceding paragraphs are incorporated herein at length.

19. ST received benefit from the use of UP's railcars, from having overcharged UP for services, and for failure to pay for loss and damage claims.

20. It would be unjust to allow ST to reap the benefits from use of UP railcars, retain overcharges levied against UP, and retain monies due and payable for loss and damage claims.

**WHEREFORE**, Union Pacific Railroad Company demands that judgment be entered in its favor in the amount of all of the aforesaid outstanding balances due and owing to Union Pacific Railroad Company from Springfield Terminal Railway Company, which currently total $351,045.38.

UNION PACIFIC RAILROAD COMPANY

By its attorneys,

December 6, 2004

Wesley S. Chused (BBO # 083520)
LOONEY & GROSSMAN LLP
101 Arch Street
Boston, MA 02110
(617) 951-2800

**Of Counsel**
Paul D. Keenan, Esquire
Jeffrey D. Cohen, Esquire
**JANSSEN KEENAN & CIARDI P.C.**
One Commerce Square
2005 Market Street, Suite 2050
Philadelphia, PA 19103
(215) 665-8888

JS 44 (Rev 3/99)                                   **CIVIL COVER SHEET**

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet   (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

### I. (a) PLAINTIFFS
UNION PACIFIC RAILROAD COMPANY

### DEFENDANTS
SPRINGFIELD TERMINAL RAILWAY COMPANY

(b) County of Residence of First Listed Plaintiff: 88888
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed: Middlesex 25017
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED

(c) Attorney's (Firm Name, Address, and Telephone Number)
Wesley S. Chused, Esquire   (617) 951-2800
Looney & Grossman LLP
101 Arch Street
Boston, Massachusetts 02110-1112

Attorneys (If Known)

### II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [X] 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ]1 | [ ]1 | Incorporated or Principal Place of Business In This State | [ ]4 | [X]4 |
| Citizen of Another State | [ ]2 | [ ]2 | Incorporated and Principal of Business In Another State | [X]5 | [ ]5 |
| Citizen or Subject of a Foreign Country | [ ]3 | [ ]3 | Foreign Nation | [ ]6 | [ ]6 |

### IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | [ ] 610 Agriculture | [ ] 422 Appeal 28 USC 158 | [ ] 400 State Reapportionment |
| [ ] 120 Marine | [ ] 310 Airplane / [ ] 362 Personal Injury— Med. Malpractice | [ ] 620 Other Food & Drug | | [ ] 410 Antitrust |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 423 Withdrawal 28 USC 157 | [ ] 430 Banks and Banking |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander / [ ] 365 Personal Injury — Product Liability | [ ] 630 Liquor Laws | | [ ] 450 Commerce/ICC Rates/etc. |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability / [ ] 368 Asbestos Personal Injury Product Liability | [ ] 640 R.R. & Truck | PROPERTY RIGHTS | [ ] 460 Deportation |
| [ ] 151 Medicare Act | | [ ] 650 Airline Regs. | [ ] 820 Copyrights | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [X] 152 Recovery of Defaulted Student Loans (Excl. Veterans) | [ ] 340 Marine / PERSONAL PROPERTY | [ ] 660 Occupational Safety/Health | [ ] 830 Patent | [ ] 810 Selective Service |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 345 Marine Product Liability / [ ] 370 Other Fraud | [ ] 690 Other | [ ] 840 Trademark | [ ] 850 Securities/Commodities/Exchange |
| [ ] 160 Stockholders' Suits | [ ] 350 Motor Vehicle / [ ] 371 Truth in Lending | LABOR | SOCIAL SECURITY | [ ] 875 Customer Challenge 12 USC 3410 |
| [X] 190 Other Contract | [ ] 355 Motor Vehicle Product Liability / [ ] 380 Other Personal Property Damage | [ ] 710 Fair Labor Standards Act | [ ] 861 HIA (1395ff) | [ ] 891 Agricultural Acts |
| [ ] 195 Contract Product Liability | [ ] 360 Other Personal Injury / [ ] 385 Property Damage Product Liability | [ ] 720 Labor/Mgmt. Relations | [ ] 862 Black Lung (923) | [ ] 892 Economic Stabilization Act |
| | | | [ ] 863 DIWC/DIWW (405(g)) | [ ] 893 Environmental Matters |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | [ ] 864 SSID Title XVI | [ ] 894 Energy Allocation Act |
| | | [ ] 730 Labor/Mgmt. Reporting & Disclosure Act | [ ] 865 RSI (405(g)) | [ ] 895 Freedom of Information Act |
| [ ] 210 Land Condemnation | [ ] 441 Voting | [ ] 510 Motions to Vacate Sentence | FEDERAL TAX SUITS | [ ] 900 Appeal of Fee Determination Under Equal Access to Justice |
| [ ] 220 Foreclosure | [ ] 442 Employment | [ ] 740 Railway Labor Act | | |
| [ ] 230 Rent Lease & Ejectment | [ ] 443 Housing/ Accommodations | Habeas Corpus: [ ] 530 General | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | |
| [ ] 240 Torts to Land | [ ] 444 Welfare | [ ] 535 Death Penalty | | [ ] 950 Constitutionality of State Statutes |
| [ ] 245 Tort Product Liability | [ ] 440 Other Civil Rights | [ ] 540 Mandamus & Other | [ ] 790 Other Labor Litigation | |
| [ ] 290 All Other Real Property | | [ ] 550 Civil Rights | [ ] 791 Empl. Ret. Inc Security Act | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 890 Other Statutory Actions |
| | | [ ] 555 Prison Condition | | |

### V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)
- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

### VI. CAUSE OF ACTION
(Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
28 U.S.C. § 1332

### VII. REQUESTED IN COMPLAINT:
[ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $351,045
CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] Yes [ ] No

### VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____
DOCKET NUMBER _____

DATE _____   SIGNATURE OF ATTORNEY OF RECORD _____

FOR OFFICE USE ONLY

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG JUDGE _____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. TITLE OF CASE (NAME OF FIRST PARTY ON EACH SIDE ONLY) __Union Pacific Railroad Company v. Springfield Terminal Railway Company__

2. CATEGORY IN WHICH THE CASE BELONGS BASED UPON THE NUMBERED NATURE OF SUIT CODE LISTED ON THE CIVIL COVER SHEET. (SEE LOCAL RULE 40.1(A)(1)).

   I.   160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

   II.  195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730, 740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.     *Also complete AO 120 or AO 121 for patent, trademark or copyright cases

   X  III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310, 315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371, 380, 385, 450, 891.

   IV.  220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660, 690, 810, 861-865, 870, 871, 875, 900.

   V.   150, 152, 153.

3. TITLE AND NUMBER, IF ANY, OF RELATED CASES. (SEE LOCAL RULE 40.1(G)). IF MORE THAN ONE PRIOR RELATED CASE HAS BEEN FILED IN THIS DISTRICT PLEASE INDICATE THE TITLE AND NUMBER OF THE FIRST FILED CASE IN THIS COURT.

   N/A

4. HAS A PRIOR ACTION BETWEEN THE SAME PARTIES AND BASED ON THE SAME CLAIM EVER BEEN FILED IN THIS COURT?
   YES   **NO**

5. DOES THE COMPLAINT IN THIS CASE QUESTION THE CONSTITUTIONALITY OF AN ACT OF CONGRESS AFFECTING THE PUBLIC INTEREST? (SEE 28 USC §2403)
   YES   **NO**

   IF SO, IS THE U.S.A. OR AN OFFICER, AGENT OR EMPLOYEE OF THE U.S. A PARTY?
   YES   NO

6. IS THIS CASE REQUIRED TO BE HEARD AND DETERMINED BY A DISTRICT COURT OF THREE JUDGES PURSUANT TO TITLE 28 USC §2284?
   YES   **NO**

7. DO ALL OF THE PARTIES IN THIS ACTION, EXCLUDING GOVERNMENTAL AGENCIES OF THE UNITED STATES AND THE COMMONWEALTH OF MASSACHUSETTS ("GOVERNMENTAL AGENCIES"), RESIDING IN MASSACHUSETTS RESIDE IN THE SAME DIVISION? - (SEE LOCAL RULE 40.1(D)).
   YES   **NO**

   A. IF YES, IN WHICH DIVISION DO ALL OF THE NON-GOVERNMENTAL PARTIES RESIDE?
      EASTERN DIVISION   ~~CENTRAL DIVISION~~   ~~WESTERN DIVISION~~ X

   B. IF NO, IN WHICH DIVISION DO THE MAJORITY OF THE PLAINTIFFS OR THE ONLY PARTIES, EXCLUDING GOVERNMENTAL AGENCIES, RESIDING IN MASSACHUSETTS RESIDE?
      EASTERN DIVISION   CENTRAL DIVISION   WESTERN DIVISION

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME __Wesley S. Chused__
ADDRESS __Looney & Grossman LLP, 101 Arch Street, Boston, MA 02110__
TELEPHONE NO. __(617) 951-2800__

(Cover sheet local.wpd - 11/27/00)