UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNION PACIFIC RAILROAD COMPANY, )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>SPRINGFIELD TERMINAL RAILWAY )<br>COMPANY, )<br>)<br>*Defendant*, )<br>_____ ) | CIVIL ACTION<br>NO. |

**PLAINTIFF'S CORPORATE DISCLOSURE**
**STATEMENT UNDER LOCAL RULE 7.3**

The plaintiff, Union Pacific Railroad Company, states that it is a wholly owned subsidiary of Union Pacific Corporation, which is a publicly held company.

UNION PACIFIC RAILROAD COMPANY

By its attorneys,

December 6, 2004

_____
Wesley S. Chused (BBO # 083520)
LOONEY & GROSSMAN LLP
101 Arch Street
Boston, MA 02110
(617) 951-2800

**Of Counsel**
Paul D. Keenan, Esquire
Jeffrey D. Cohen, Esquire
**JANSSEN KEENAN & CIARDI P.C.**
One Commerce Square
2005 Market Street, Suite 2050
Philadelphia, PA 19103
(215) 665-8888