UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNION PACIFIC RAILROAD COMPANY**<br>Union Pacific Center<br>1400 Douglas Street, MC1580<br>Omaha, Nebraska  68179, | :<br>:<br>:<br>:<br>:<br>: | |
| Plaintiff | : | CIVIL ACTION |
| | : | NO. 04-12551- JLT |
| v. | : | |
| | : | |
| **SPRINGFIELD TERMINAL RAILWAY COMPANY**<br>Iron Horse Park<br>North Billerica, Massachusetts  01862, | :<br>:<br>:<br>: | |
| **Defendant** | | |

### MOTION OF WESLEY S. CHUSED FOR LEAVE TO PERMIT APPEARANCE OF JEFFREY D. COHEN *PRO HAC VICE* FOR THE PLAINTIFF

Wesley S. Chused, attorney for the Plaintiff, Union Pacific Railroad Company ("Plaintiff"), pursuant to Local Rule 83.5.3, hereby moves for leave to permit the appearance of attorney Jeffrey D. Cohen of Mount Laurel, NJ on behalf of the Plaintiff, *pro hac vice*, in this action.  In support of this Motion, Wesley S. Chused states as follows:

    1.    I am a member of good standing of the Bar of this Court and I am counsel of record for the Plaintiff in this action.

2.	The certificate of Jeffrey D. Cohen, filed concurrently herewith, shows that (i) he is a member of the Bar in good standing in every jurisdiction where he has been admitted to practice; (ii) there are no disciplinary proceedings pending against him as a member of the Bar in any jurisdiction; and (iii) he is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

3.	Mr. Cohen is an experienced transportation lawyer, specializing in representing Class I freight railroads; he is particularly familiar with the facts and law relevant to Plaintiff's claims for relief in this action and is best suited to represent the Plaintiff's interests in this case.

WHEREFORE, Wesley S. Chused prays that the Court grant this Motion to allow Jeffrey D. Cohen to appear *pro hac vice* on behalf of the Plaintiff, Union Pacific Railroad Company, in this action.

December 15, 2004

/s/ Wesley S. Chused_____
Wesley S. Chused (BBO #083520)
LOONEY & GROSSMAN LLP
101 Arch Street
Boston, MA 02110
(617) 951-2800