UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNION PACIFIC RAILROAD COMPANY<br>Union Pacific Center<br>1400 Douglas Street, MC1580<br>Omaha, Nebraska  68179 | : <br> : CIVIL ACTION NO. 04-12551-JLT<br> :<br> :<br> : |
| Plaintiff | : |
| v. | : |
| SPRINGFIELD TERMINAL<br>RAILWAY COMPANY<br>Iron Horse Park<br>North Billerica, Massachusetts  01862 | :<br>:<br>:<br>:<br>: |
| Defendant | |

### CERTIFICATE OF JEFFREY D. COHEN PURSUANT TO LOCAL RULE 83.5.3(b) FOR ADMISSION *PRO HAC VICE*

I, Jeffrey D. Cohen, submit this Certificate pursuant to Local Rule 83.5.3(b) in support of my request to participate *pro hac vice* in this matter, in association with Wesley S. Chused, Esq., of the firm Looney & Grossman, LLP.  Mr. Chused is a member of the Bar of this Court.

I have been admitted to the following bars and courts:  Pennsylvania  (June 20, 1996); New Jersey (1996); United States Court of Appeals for the Third Circuit (January 2001), United States Court of Appeals for the Eleventh Circuit (2004), and the United States District Courts for the following districts: Eastern District of Pennsylvania (1996), District of New Jersey (1996), Western District of Pennsylvania (2000), Middle District of Pennsylvania (2003).  I am a member in good standing of each of these bars and courts.

There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

My application is supported by Wesley S. Chused, Esq., of the firm Looney & Grossman, LLP, 101 Arch Street, Boston, Massachusetts 02110, who is a member of the Bar of this Court.

I respectfully request the Court to approve my request.

_____
Jeffrey D. Cohen
PA I.D. No. 77798

Dated: December 9, 2004

Jeffrey D. Cohen
JANSSEN KEENAN & CIARDI P.C.
One Commerce Square
2005 Market Street, Suite 2050
Philadelphia, PA 19103-7012
(215) 665-8408 (Direct)
(215) 665-8888 (Main)
(215) 665-8887 (Fax)
jcohen@janssenkeenan.com