AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

UNION PACIFIC RAILROAD COMPANY
Union Pacific Center
1400 Douglas Street, MC1580
Omaha, Nebraska 68179
V

SPRINGFIELD TERMINAL RAILWAY COMPANY
Iron Horse Park
North Billerica, Massachusetts 01862

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 04 12551 JLT

TO: (Name and address of Defendant)

Springfield Terminal Railway Company
Iron Horse Park
North Billerica, Massachusetts 01862

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Wesley S. Chused, Esquire
Looney & Grossman LLP
101 Arch Street
Boston, Massachusetts 02110-1112
(617) 951-2800

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

DEC 6 2004
DATE

(By) DEPUTY CLERK

*0404/417*

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE



**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 7135, Lowell, MA 01852-0135 • (978) 452-3221

*Middlesex, ss.*

December 14, 2004

I hereby certify and return that on 12/13/2004 at 12:15PM I served a true and attested copy of the SUMMONS AND COMPLAINT in this action in the following manner: To wit, by delivering in hand to PAUL PRIMEAU, agent, person in charge at the time of service for SPRINGFIELD TERMINAL RAILWAY COMPANY, at, IRON HORSE Park, BILLERICA, MA 01821. Attest ($5.00), Basic Service Fee ($30.00), Conveyance ($1.80), Postage and Handling ($1.00), Travel ($12.16) Total Charges $49.96

George A. Hooper
*Deputy Sheriff*

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct

Executed on _____    _____
             Date                  *Signature of Server*

             _____
             *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure