UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNION PACIFIC RAILROAD COMPANY, ) <br> ) <br> *Plaintiff*, ) <br> ) <br> v. ) <br> ) <br> SPRINGFIELD TERMINAL RAILWAY ) <br> COMPANY, ) <br> ) <br> *Defendant*, ) <br> ) | CIVIL ACTION <br> NO. 04-12551-JLT |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED.R.CIV.P. 41(a)(1)(i)**

Pursuant to Fed.R.Civ.P. 41(a)(1)(i), Plaintiff Union Pacific Railroad Company hereby dismisses this action, without prejudice, prior to service by any adverse party of either an answer to the complaint or a motion for summary judgment.

UNION PACIFIC RAILROAD COMPANY

By its attorneys,

January 26, 2005

/s/ *Wesley S. Chused*
Wesley S. Chused (BBO #083520)
LOONEY & GROSSMAN LLP
101 Arch Street
Boston, MA 02110
(617) 951-2800

and

Paul D. Keenan, Esquire *(pro hac vice)*
Jeffrey D. Cohen, Esquire *(pro hac vice)*
JANSSEN KEENAN & CIARDI P.C.
One Commerce Square
2005 Market Street, Suite 2050
Philadelphia, PA 19103
(215) 665-8888

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Voluntary Dismissal Pursuant to Fed.R.Civ.P. 41(a)(1)(i) was served on the 26th day of January 2005, by first class mail, postage prepaid, upon the following counsel listed below:

>Robert B. Culliford, Esquire
>Corporate Counsel
>Springfield Terminal Railway Company
>Iron Horse Park
>North Billerica, MA  01862

>/s/ *Wesley S. Chused*
>Wesley S. Chused (BBO #083520)
>LOONEY & GROSSMAN LLP
>101 Arch Street
>Boston, MA 02110
>(617) 951-2800